William E. Ross, appellee, v. Mary E. Kenney, appellant. Gen. No. 31,408.

Action to recover advance payment on real estate transfer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed May 2, 1927.

George H. Sugrue, for appellee; William T. Dickerman, for appellee; William Graham, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

Roxana Petroleum Corporation, appellee, v. Anthony Birillo, appellant. Gen. No. 31,420.

Action for goods sold and delivered and labor furnished. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed May 2, 1927.

Cantwell & Cantwell, for appellant; Bernard P. Barasa and Martin W. Grosse, of counsel. Adams & Hawley, for appellee; Ralph E. Brown and Donald N. Schaffer, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

Meyer Green and Bessie Green, appellees, v. Chicago Fire and Marine Insurance Company of Chicago, Illinois, appellant. Gen. No. 31,522.

Action on fire insurance policy. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. A. W. Summers, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed May 2, 1927.

Oscar A. Knittel, for appellant. No appearance for appellees.

Mr. Justice Johnston delivered the opinion of the court.

---

Mrs. J. Cermes, appellee, v. Central Furniture Packing Company, appellant. Gen. No. 31,563.

Action for damages for goods burned while in storage. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William E. Helander, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed May 2, 1927.

William G. Lesemann, for appellant. No appearance for appellee.

Mr. Justice Johnston delivered the opinion of the court.